379 P.2d 446

**James E. GARRISON, Petitioner,**

v.

**Felix RODRIGUEZ, Acting Warden, Penitentiary of New Mexico, Respondent.**

**No. 24 HC.**

Supreme Court of New Mexico.

March 4, 1963.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, MOISE and NOBLE, Justices, concurring.

Ordered that the request for free process be and the same is hereby granted, and the petition for writ of habeas corpus be and the same is hereby denied for failure to allege grounds for relief.